JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESUS MARQUEZ, | ) | NO. CV 13-4968-JGB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| G.D. LEWIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Grounds Two and Three of the Petition are dismissed without prejudice and Ground One of the Petition is denied and dismissed with prejudice.

DATED: April 8, 2014.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE